1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| LESLIE LEXANN FERIA, | CASE NO. 10 CV 1412 MMA (CAB) |
|---|---|
| Plaintiff, | **ORDER RE: DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| vs. | |
| LEHMAN BROTHERS BANK, FSB, *et al.*, | [Doc. No. 2] |
| Defendants. | |

On or about May 25, 2010, Plaintiff Leslie Lexann Feria filed a civil action in the Superior Court of the State of California, San Diego County, against Defendants Aurora Bank FSB (f.k.a. Lehman Brothers Bank FSB), Cal-Western Reconveyance Corp., and Aurora Loan Services LLC (erroneously sued as Aurora Loan Service). On July 6, 2010, Defendants removed the state court action to the Southern District of California. [Doc. No. 1.] Thereafter, on July 13, Defendants filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted. [Doc. No. 2.] On August 2, instead of filing an opposition to the pending motion to dismiss, Plaintiff filed an amended complaint. [Doc. No. 4.]

Under Federal Rule of Civil Procedure 15(a)(1)(B), "[a] party may amend its pleading once as a matter of course within: . . . 21 days after service of a motion under Rule 12(b), (e), or (f) . . ." Plaintiff's amended pleading supercedes the original complaint; the original pleading no longer

1 serves any function. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997); *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).  Thus, the complaint which Defendants move to dismiss is no longer the operative pleading in this action.  Because Defendants' motion seeks dismissal of a complaint that is no longer the operative pleading in this case, the motion has become moot.

    Accordingly, **IT IS HEREBY ORDERED THAT:**

    1. Defendants' motion to dismiss [Doc. No. 2] is **DENIED AS MOOT** and the hearing currently set for August 24, 2010 is **VACATED**;

    2. Defendants shall file a response to Plaintiff's amended complaint pursuant to the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: August 2, 2010

*[signature]*

Hon. Michael M. Anello
United States District Judge